UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No.: 2:25-CR-0173-TOR-5 |
|---|---|
| Plaintiff, | |
| v. | PROTECTIVE ORDER |
| ERIKA LORRAINE BRADLEY, | |
| Defendant. | |

The United States of America, having applied to this Court for a Protective Order regulating disclosure of the discovery materials and the sensitive information contained therein to defense counsel in connection with the Government's discovery obligations, and the Court finding good cause therefore, **IT IS HEREBY ORDERED**:

1. The United States' Unopposed Motion for Protective Order Regulating Disclosure of Discovery and Sensitive Information is **GRANTED**.

2. The United States is authorized to disclose the discovery including sensitive information and materials (hereinafter "Discovery") in its possession pursuant to the discovery obligations imposed by this Court.

3. Government personnel and counsel for Defendant Erika Lorraine Bradley ("Defendant"), shall not provide, or make available, the sensitive information in the Discovery to any person except as specified in the Order or by approval from this Court. Counsel for Defendant and the Government shall restrict access to the Discovery, and shall only disclose the sensitive information in the Discovery to their client, office staff, investigators, independent paralegals, necessary third-party vendors, consultants, and/or anticipated fact or expert

PROTECTIVE ORDER ~ 1

1  witnesses to the extent that defense counsel believes is necessary to assist in the
2  defense of their client in this matter or that the Government believes is necessary in
3  the investigation and prosecution of this matter.
4      4.    Third parties contracted by the United States or counsel for Defendant
5  to provide expert analysis or testimony may possess and inspect the sensitive
6  information in the Discovery, but only as necessary to perform their case-related
7  duties or responsibilities in this matter. At all times, third parties shall be subject to
8  the terms of the Order.
9      5.    Discovery in this matter will be available to defense counsel via access
10 to a case file on USA File Exchange. Counsel for Defense may download Discovery
11 from USA File Exchange and shall exercise reasonable care in ensuring the security
12 and confidentiality of the Discovery by electronically storing the Discovery on a
13 password-protected or encrypted storage medium, including a password-protected
14 computer, or device. If Discovery is printed, Counsel must also exercise reasonable
15 care in ensuring the security and confidentiality of the Discovery by storing copies
16 in a secure place, such as a locked office, or otherwise secure facility where visitors
17 are not left unescorted
18     6.    All counsel of record in this matter, including counsel for the United
19 States, shall ensure that any party, including the Defendant, that obtains access to
20 the Discovery is advised of this Order and that all information must be held in strict
21 confidence and that the recipient may not further disclose or disseminate the
22 information. Any other party that obtains access to, or possession of, the Discovery
23 containing discovery information once the other party no longer requires access to
24 or possession of such Discovery shall promptly destroy or return the Discovery once
25 access to Discovery is no longer necessary. No other party that obtains access to or
26 possession of the Discovery containing sensitive information shall retain such access
27 to or possession of the Discovery containing sensitive information unless authorized
28 by this Order, nor further disseminate such Discovery expect as authorized by this

PROTECTIVE ORDER ~ 2

Order or the further Order of this court. For purposes of this Order, "other party" is any person other than appointed counsel for the United States or counsel for Defendant.

7. All counsel of record, including counsel for the United States, shall keep a list of the identity of each person to whom the Discovery containing sensitive information is disclosed. Neither counsel for Defendant nor counsel for the United States shall be required to disclose this list of persons unless ordered to do so by the Court.

8. Upon entry of a final order of the Court in this matter and conclusion of any direct appeals, government personnel and counsel for Defendant shall retrieve and destroy all copies of the Discovery containing sensitive information, except that counsel and government personnel may maintain copies in their closed files following their customary procedures.

9. Government personnel and counsel for Defendant shall promptly report to the Court any known violations of this Order.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** November 24, 2025.



THOMAS O. RICE
United States District Judge

PROTECTIVE ORDER ~ 3