≋ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Dec 03, 2025
SEAN F. MCAVOY, CLERK
ECF No. 91

| | | | |
|---|---|---|---|
| U.S.A. vs. | Bradley, Erika Lorraine | Docket No. | 0980 2:25CR00173-TOR-5 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey M McCain, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Erika Lorraine Bradley, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 13th day of November 2025, under the following conditions:

**Condition #12**: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

**Condition #13:** Prohibited Substance Testing: Defendant shall be subject to random controlled substance testing administered by Pretrial Services and/or a treatment program and such testing shall not exceed six (6) times per month unless defendant is participating in inpatient substance abuse treatment, the treatment facility may conduct controlled substance testing on any frequency deemed appropriate by the facility/treatment program Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall not in any way obstruct or attempt to obstruct or tamper with the efficiency and accuracy of prohibited substance testing.

**Condition #2:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Condition #14:** Substance Abuse Evaluation and Treatment: Defendant shall participate and undergo a substance abuse evaluation. Pretrial Services may determine/approve the evaluators, schedule, and place of any evaluation. Defendant shall be responsible for the cost of testing, evaluation, and treatment, unless the U.S. Probation Office should determine otherwise. Prior to commencing any evaluation or treatment program, defendant shall provide waivers of confidentiality permitting U.S. Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to the defendants conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers. Following any evaluations or treatment ordered here, defendant shall complete any recommended aftercare program, including inpatient treatment, outpatient treatment, and any recommended counseling. If defendant terminates any treatment program before it is completed, the treatment provider and defendant shall immediately notify the U.S. Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: On November 19, 2025, the undersigned officer reviewed the pretrial release conditions with Ms. Bradley. She signed her release conditions acknowledging an understanding, to include condition number 12.

It is alleged Ms. Bradley is in violation of her pretrial release conditions by using methamphetamine and fentanyl on or around November 19, 2025.

PS-8
**Re: Bradley, Erika Lorraine**
**December 3, 2025**
**Page 2**

On November 19, 2025, Ms. Bradley submitted to urinalysis testing at the U.S. Probation Office. The urine sample yielded a presumptive positive finding for the presence of methamphetamine and fentanyl.

Ms. Bradley admitted to the use of fentanyl on November 14, 2025, however, she denied the use of methamphetamine. The urine sample was sent to the contract laboratory for further testing and confirmed the urine sample to be positive for both fentanyl and methamphetamine.

**Violation #2:** On November 19, 2025, the undersigned officer reviewed the pretrial release conditions with Ms. Bradley. She signed her release conditions acknowledging an understanding, to include condition number 13.

It is alleged Ms. Bradley is in violation of her pretrial release conditions by failing to appear for random urinalysis testing as directed on November 25, and December 1, 2025.

On November 19, 2025, the undersigned officer informed Ms. Bradley she was being placed on the random urinalysis testing hotline at Alcohol Drug Education Prevention and Treatment (ADEPT) in Deer Park, Washington, pursuant to her conditions of pretrial release. She was advised her color for urinalysis testing was brown and was directed to call the urinalysis testing hotline daily. If her assigned color was called, she was directed to report to ADEPT on that same day and provide a random urinalysis sample. She understood these instructions.

On November 24, 2025, the undersigned met with Ms. Bradley at her address for a home assessment. Again, she was reminded about calling the urinalysis testing hotline and she said, "I have been," and understood these instructions.

According to the ADEPT urinalysis testing roster for November 25, and December 1, 2025, Ms. Bradley failed to appear for urinalysis testing as directed.

**Violation #3:** On November 19, 2025, the undersigned officer reviewed the pretrial release conditions with Ms. Bradley. She signed her release conditions acknowledging an understanding, to include condition number 2.

It is alleged Ms. Bradley is in violation of her pretrial release conditions by failing to report to the U.S. Probation Office as directed on December 2, 2025.

On December 1, 2025, the undersigned officer placed a call to Ms. Bradley. A voice mail and a text message were left, instructing Ms. Bradley to report to the U.S. Probation Office as directed on December 2, 2025, at 1 p.m.

On December 2, 2025, Ms. Bradley failed to report as directed to the U.S. Probation Office at 1 p.m. as directed. A call was placed to Ms. Bradley and she did not answer her phone. Another voice mail and text message were left instructing Ms Bradley to call the undersigned officer immediately.

All messages left for Ms. Bradley have gone unanswered and she continues to not make any effort to return any messages left by the undersigned officer or report as directed.

**Violation #4:** On November 19, 2025, the undersigned officer reviewed the pretrial release conditions with Ms. Bradley. She signed her release conditions acknowledging an understanding, to include condition number 14.

It is alleged Ms. Bradley is in violation of her pretrial release conditions by failing to attend her substance abuse treatment assessment at ADEPT on December 3, 2025, as instructed.

On November 24, 2025, Ms. Bradley's drug and alcohol assessment was scheduled for December 3, 2025, at ADEPT. This was discussed with her at length to include providing the address and phone number for ADEPT.

On December 3, 2025, ADEPT informed the undersigned officer that Ms. Bradley failed to appear for her scheduled drug and alcohol assessment.

PS-8
Re: Bradley, Erika Lorraine
December 3, 2025
Page 3

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  December 3, 2025

by    s/Corey M McCain

Corey M McCain
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

Dec 3, 2025
Date