ECF No 96

PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2025

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Bradley, Erika Lorraine | Docket No. | 0980 2:25CR00173-TOR-5 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Corey M. McCain, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Erika Lorraine Bradley, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 13th day of November 2025, under the following conditions:

**Condition #12**: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

**Condition #3:** Defendant shall sign and complete A.O Form 199C before being released.  Defendant shall reside at an address approved by Pretrial Services and advise the Court, defense counsel, and the U.S. Attorney's Office in writing at least 24 hours before making any change in address, phone number, or employment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 19, 2025, the undersigned officer reviewed the pretrial release conditions with Ms. Bradley. She signed her release conditions acknowledging an understanding of her conditions of pretrial release

**Violation #5**: It is alleged Ms. Bradley is in violation of her pretrial release conditions by using methamphetamine on or around November 26, 2025.

On November 26, 2025, Ms. Bradley submitted to urinalysis testing at Alcohol Drug Education Prevention and Treatment (ADEPT).  The sample yielded a presumptive positive finding for the presence of methamphetamine and she denied using methamphetamine.  The contract laboratory confirmed the urine sample to be positive for methamphetamine

**Violation #6:** It is alleged Ms. Bradley is in violation of her conditions of pretrial release by failing to report a change in address since November 24, 2025. . .

On November 19, 2025, the undersigned confirmed Ms. Bradley's address in Deer Park, Washington.  A scheduled home assessment was conducted on November 24, 2025, at the address she provided.  Ms. Bradley resides in a motor home at her father's residence and it was parked on the street.  Since meeting with Ms. Bradley at her approved residence, the undersigned officer has observed the motor home not being at the residence since the November 24, 2025, home assessment. On December 3, 2025, the undersigned officer confronted Ms. Bradley on where she has been staying.  She reported staying in her motor home at locations in Spokane and not at her approved address.  In addition, she advised she has only stayed at her father's residence one time since meeting with this officer on November 24, 2025.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH VIOLATIONS
PREVIOUSLY REPORTED TO THE COURT

PS-8
Re: Bradley, Erika Lorraine
December 5, 2025
Page 2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     December 5, 2025

by     s/Corey M McCain

Corey M McCain
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

Dec 5, 2025
_____
Date